UNITED STATES of America,
Plaintiff-Appellee,

v.

Robert Frank SAENZ, Defendant-
Appellant.

No. 31120.

United States Court of Appeals,
Fifth Circuit.

Sept. 15, 1971.

Anthony Michael Glassman, Beverly Hills, Cal., for defendant-appellant.

Seagal V. Wheatley, U. S. Atty., Henry J. Novak, Jr., Asst. U. S. Atty., San Antonio, Tex., for plaintiff-appellee.

Before GEWIN, GOLDBERG and DYER, Circuit Judges.

PER CURIAM:

A careful review of the record discloses that the search involved in this case was a border search and that the motion to suppress was properly denied by the district court.

Judgment affirmed.

Luis Jose VALDEZ, Appellant,

v.

UNITED STATES of America.

No. 19256.

United States Court of Appeals,
Third Circuit.

Submitted on Briefs June 1, 1971.

Decided Sept. 15, 1971.

Luis Jose Valdez, pro se.

Herbert J. Stern, U. S. Atty., Jerome L. Merin, Asst. U. S. Atty., Newark, N. J., for appellee.

Before McLAUGHLIN, ALDISERT and GIBBONS, Circuit Judges.

OPINION OF THE COURT

PER CURIAM:

In this appeal, the District Court denied appellant's application under Title 28, U.S.C., Section 2255 for reduction of sentence imposed pursuant to the provisions of Title 26, U.S.C., Sections 4744 (a) and 7237, without making findings of fact and conclusions of law. The case is therefore remanded to enable the District Court to state its findings and conclusions and certify them to this Court by a supplemental record. The District Court may receive and consider such memoranda, briefs or arguments with respect to the proposed findings of fact and conclusions of law proposed or adopted as it may deem appropriate. Cf. Bannister v. United States of America, 3rd Cir., 446 F.2d 1250, filed July 7, 1971.